## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GALDERMA LABORATORIES INC.; GALDERMA LABORATORIES, L.P.; and SUPERNUS PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMNEAL PHARMACEUTICALS, LLC and AMNEAL PHARMACEUTICALS CO. (I) PVT. LTD., <br><br> Defendants. | C.A. No. 11-1106-LPS |

## NOTICE OF SERVICE

Please take notice that on the 5th day of February, 2013, copies of the following document, **Defendants' Amended Supplemental Preliminary Invalidity Contentions,** were served upon the attorneys listed below as indicated:

| | |
|---|---|
| VIA EMAIL & HAND DELIVERY <br> Jack B. Blumenfeld <br> Maryellen Noreika <br> MORRIS, NICHOLS, ARSHT & TUNNELL <br> 1201 North Market Street <br> Wilmington, DE 19801 <br> jblumenfeld@mnat.com <br> mnoreika@mnat.com <br><br> *Attorneys for Plaintiffs* | VIA EMAIL <br> Gerald J. Flattman, Jr. <br> Evan Diamond <br> Gregory A. Morris <br> Vanessa Y. Yen <br> Melanie R. Rupert <br> PAUL HASTINGS LLP <br> 75 East 55th Street <br> New York, NY 10022 <br> geraldflattmann@paulhastings.com <br> evandiamond@paulhastings.com <br> gregorymorris@paulhastings.com <br> vanessayen@paulhastings.com <br> melanierupert@paulhastings.com <br><br> *Attorneys for Plaintiffs* |

1

Dated: February 5, 2013

   */s/ Mary B. Matterer*
Mary B. Matterer (#2696)
Kenneth L. Dorsney (#3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494
(302) 888-6800
mmatterer@morrisjames.com

*Attorneys for Defendants*